# EXHIBIT 4

<table>
<tr>
<td>HCTB'S INFRINGING USE<br>https://www.instagram.com/p/C7Hgn9IL1aN/<br><u>Infringing Hashtags</u>: #jabride #justinalexanderbridal</td>
<td>JUSTIN'S USE ON SINCERITY.COM<br>https://justinalexander.com/fr/sincerity-bridal/wedding-dresses/44047/</td>
</tr>
<tr>
<td>
</td>
<td>
</td>
</tr>
</table>