# EXHIBIT 5

**HCTB'S USE**

https://www.instagram.com/p/C8cOZdLJpaz/ https://www.instagram.com/p/C8cOZdLJpaz/

Infringing Hashtags: "Lillian West"



**<u>Justin's Use</u>**
https://justinalexander.com/lillian-west/wedding-dresses/66192PS/

justinalexander.com/lillian-west/wedding-dresses/66192PS/

WEDDING DRESSES | ACCESSORIES | EVENTS | LOOKBOOK | #LILLIANBRIDE | BLOG | FIND A STORE






NEXT STYLE ›

66192PS

Long Sleeve Plus Size A-Line Gown with V-Neckline

COLORS

**Sand/Ivory/Nude,** Ivory/Ivory/Nude

LIMITED AVAILABILITY
Find a store to inquire

VIEW SIMILAR STYLES

PRODUCT DETAILS

This sexy plus size A-line is an on-trend bridal dress that will fit your figure in the most flattering way. With a modest plunging V-neckline, it's accented with an illusion bodice and long sleeves. Satin bias bands add the perfect touch of detail while slimming the waistline and continue around to the V-back. The style is adorned with sequined lace and chiffon appliqués that embellish the bodice before floating off throughout the airy tulle and English net skirt. A jersey lining adds ultimate comfort and a chapel length train finishes it off. For a more modest look, this style is also available with the bodice lined to the back.

**Silhouette:** A-Line