# EXHIBIT 6

1) https://www.instagram.com/p/C3s_3YEyXk5/.
#bylillianwest on a real-bride photo




2) https://www.instagram.com/p/C660ueNvWXB/
"New arrivals… new gowns starting at $999," tagged #justinalexandersamplesale #jabride



3) https://www.instagram.com/p/C7ktSJRpa7f/
May 30, 2024 – Store-wide sale, tagged #justinalexander alongside Casablanca, Pronovias, Enzoani



4) https://www.instagram.com/p/C8XFMozJ3Lx/
June 18, 2024 – "New arrivals every week… 50% off," tagged #justinalexander #lillianwest

